922 So.2d 547 (2006)
BELWISE AQUACULTURE SYSTEMS, INC., et al.
v.
Paul A. LEMKE, III, Jack F. Owens, Jr. and Continental Casualty Company.
No. 2005-CC-1735.
Supreme Court of Louisiana.
January 27, 2006.
Prior report: La.App., 904 So.2d 940.
In re Belwise Aquaculture Systems, Inc., et al.; Belgard, Jimmy; Belgard, Trudy T.;  Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. C, No. 217,900; to the Court of Appeal, Third Circuit, No. CW05-69.
Denied.
VICTORY, J., would grant.
KNOLL, J., would grant.